F. D. TAGGART v. STATE.

No. A-1467.   Opinion Filed June 21, 1912.

Appeal from Oklahoma County Court;

John W. Hayson, Judge.

F. D. Taggart was convicted of violating the prohibitory law, and appeals. Appeal dismissed.

Giddings & Giddings, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, F. D. Taggart, was convicted at the April, 1911, term of the county court of Oklahoma county, on a charge of having the unlawful possession of intoxicating liquor with intent to sell the same, and was adjudged to pay a fine of five hundred dollars and be imprisoned in the county jail for a period of six months. Judgment was rendered against the accused on the 28th day of June, 1911. The petition in error and case-made were filed in this court on the 3rd day of November, 1911, long after the time provided by law within which the appeal could be taken. The attorney general has filed a motion to dismiss the appeal on the ground that it was not filed within the time provided by the statute, and that this court is without jurisdiction to review the same. The motion is sustained and the appeal dismissed.

WILL CARTER v. STATE.

No. A-1713.   Opinion Filed July 9, 1912.

Appeal from District Court, McClain County;

R. McMillan, Judge.

PER CURIAM. Appellant was found guilty in the district court of McClain county of the offense of burglary in the second degree, and his punishment was assessed at two years confinement in the state penitentiary. From this judgment appellant prosecuted an appeal. The appellant has filed a motion in this court asking that said appeal be dismissed, and it is so ordered.